Argued March 1—decided March 1, 1966

WILLIAM HERBERT ET AL. *v.* FREDERICK SMYTH ET AL.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Litchfield County is denied.

*Randolph C. Smith, Jr.,* for the appellees (plaintiffs).

*Walter M. Pickett, Jr.,* for the appellants (defendants).

Argued March 1—decided March 1, 1966